UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE HUERTA,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-00563-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's January 4, 2019 order denying Plaintiff's motion for summary judgment and granting Defendant's cross-motion for summary judgment, the Court hereby **ENTERS** judgment in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against Plaintiff Francine Huerta. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: January 4, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge